# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL MOSES PALMER, III<br><br>Plaintiff,<br><br>v.<br><br>DR. RICHARD P. BERKSON, et al.,<br><br>Defendants. | Case No. 1:11-cv-01882-LJO-MJS (PC)<br><br>**ORDER DENYING PLAINTIFF'S SECOND MOTION FOR RECONSIDERATION OF ORDER REVOKING IFP STATUS AND DIRECTING FEE PAYMENT**<br><br>**(ECF No. 26)**<br><br>**FILING FEE DUE IN FULL BY APRIL 14, 2014** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. He is pursuing a due process claim against Defendants Clement and Huang.

On January 21, 2014, the District Judge assigned to this case adopted Findings and Recommendations ("F&R's") revoking Plaintiff's in forma pauperis ("IFP") status and requiring payment of the filing fee in full within twenty-one days. Plaintiff appealed to the Ninth Circuit and moved this Court for reconsideration of the January 21st order. The appeal was dismissed on March 14, 2014 for failure to pay required fees. (ECF No. 24.) The motion for reconsideration was denied by the undersigned on March 18, 2014. (ECF

1

No. 25.)

On March 28, 2014, Plaintiff filed a second motion for reconsideration of the January 21st order (ECF No. 26) which is now before the Court. The motion shall be denied. It is procedurally deficient because it is unsigned. Fed. R. Civ. P. 11(a).

Additionally the motion is moot and lacks merit. The March 28th motion for reconsideration is identical to the March 10th motion, which the Court denied, and is likewise deficient.

Accordingly, for the reasons stated, it is HEREBY ORDERED that:

1. Plaintiff's second motion for reconsideration of the January 21, 2014 order revoking IFP status and requiring payment of the filing fee (ECF No. 26) is DENIED,

2. Plaintiff shall PAY THE $400 FILING FEE in full as previously ordered (see ECF No. 25), i.e., by April 14, 2014, and

3. If Plaintiff fails to pay the $400 filing fee in full by not later than April 14, 2014, all pending motions shall be terminated and this action dismissed without prejudice.

IT IS SO ORDERED.

Dated:  **April 7, 2014**            /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE